```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>ENRIQUE REYNOSA,                 )<br>                                 )<br>            Defendant.           )<br>_____) | 5:13MJ00009 JLT<br><br>GOVERNMENT'S MOTION TO STRIKE<br>LAST PAGE OF ARREST WARRANT AND<br>PROPOSED ORDER |

    The United States of America, by and through its undersigned attorneys hereby moves to strike the last page of the arrest warrant in this matter, which contains biographical information pertaining to a different defendant..

DATED: January 30, 2013                    Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                United States Attorney

                                                By /s/ Karen A. Escobar
                                                    KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

<u>O R D E R</u>

It is so ordered.

DATED: January 30 , 2013         /s/ Jennifer L. Thurston
                                  JENNIFER L. THURSTON
                                  U.S. Magistrate Judge